UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-1139 AG (ANx) | Date | October 21, 2008 |
|---|---|---|---|
| Title | BEVERLY SIGLER v. RICOH AMERICAS CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: DISMISSAL FOR UNTIMELY REMOVAL**

Under 28 U.S.C. § 1446(b), a civil defendant must remove a case to federal court within 30 days of receipt of the complaint or an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is removable.

In this case, Defendant's registered agent was served the Summons and Complaint and related court documents on September 11, 2008. Defendant filed a Notice of Removal on October 14, 2008. Defendant's Notice of Removal appears to be untimely.

Accordingly, the Court ORDERS Defendant to show cause, with documents filed by November 21, 2008, why this Court should not remand this case because of Defendant's failure to timely move for removal.

_____ : 0

Initials of Preparer    lmb